**UNITED STATES DISTRICT COURT**     **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE CO., § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:07-CV-63 |
| § | |
| TIMOTHY W. FERGUSON, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on February 8, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement and grant the motion to dismiss.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 3rd day of April, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE